In the United States District Court

for the _____Eastern_____ District of _California_____

ORIGINAL
FILED

AUG 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America

v.

Hector X. Monsegur

Criminal No.

11 CRIM 693

SEALED

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, _____Hector X. Monsegur_____, defendant, have been informed that an__Information_____ (*indictment,*

*information, complaint*) is pending against me in the above designated cause. I wish to plead ____guilty_____

(*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the ___Southern_____

District of___New York_____ in which I _am under arrest_____ (*am under arrest, am held*) and to waive

trial in the above captioned District.

Dated: _____,19 201l at __New York, NY_

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/11

Approved

Benjamin B. Wagner                          Preet Bharara
_____            _____
United States Attorney for the               United States Attorney for the

E... California                                   S.D.N.Y.
_____ District of        _____ District of