USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/6/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNSEALING ORDER |
| - v. - | : | S1 11 Cr. 666 (LAP) |
| | | 11 Cr. 693 (LAP) |
| HECTOR XAVIER MONSEGUR, | : | 11 Cr. 694 (LAP) |
| a/k/a "Sabu," | | 11 Cr. 695 (LAP) |
| a/k/a "Xavier DeLeon," | : | 11 Cr. 696 (LAP) |
| a/k/a "Leon," | | 11 Mag. 1509 |
| | : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - -x

Upon the application of the Government, it is hereby

ORDERED that all records and proceedings, including copies of pleadings and transcripts, associated with the cases with docket numbers S1 11 Cr. 666 (LAP), 11 Cr. 693 (LAP), 11 Cr. 694 (LAP), 11 Cr. 695 (LAP), 11 Cr. 696 (LAP), and 11 Mag. 1509, which had by previous order of this Court been sealed and captioned as <u>United States v. John Doe</u>, be unsealed and captioned under their true names. It is further

ORDERED that this unsealing order shall be effective 9:00 a.m. on March 6, 2012.

SO ORDERED.

Dated:   March 5, 2012
         New York, New York

_____
HON. LORETTA A. PRESKA
Chief United States District Judge