BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
Special Attorney to the A.G.
of the United States
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

FILED
AUG 04 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

RECEIVED
AUG 09 2011
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>HECTOR XAVIER MONSEGUR,     )<br>a/k/a "Sabu,"               )<br>a/k/a "Xavier DeLeon,"      )<br>a/k/a "Leon,                )<br>                            )<br>            Defendant.      )<br>_____) | Case No. 2:11-cr-0332 MCE<br><br>VIOLATION: 18 U.S.C. § 1030 |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 8/8/11

INFORMATION

The United States Attorney charges T H A T:

HECTOR XAVIER MONSEGUR,
a/k/a "Sabu,"
a/k/a "Xavier DeLeon,"
a/k/a "Leon,

on or about February 5, 2011, in Sacramento County in the State and Eastern District of California, in New York County in the State and Southern District of New York, and elsewhere, willfully and knowingly caused the transmission of a program, information, code,

and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, and thereby caused at least $5,000 in aggregate loss to at least one person during a one-year period, to wit, MONSEGUR, while using a computer located in New York, New York, together with others, accessed without authorization the computer servers of HBGary, Inc., which servers were located in Sacramento, California, and HBGary Federal, LLC, which servers were located in Colorado Springs, Colorado, and stole confidential information including email messages and other information.

All in violation of Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), & 2 of Title 18 of the United States Code.

BENJAMIN B. WAGNER
United States Attorney

DATE: August 3, 2011        By: _____
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

Penalty Slip             **SEALED**

HECTOR XAVIER MONSEGUR
   a/k/a "Sabu"
   a/k/a " Xavier DeLeon"
   a/k/a " Leon"

Violation:   18 U.S.C. § 1030- Computer Fraud

Penalty:   Not more than $250,000,000, or
          Not more than 10 years of imprisonment, or
          Not more than 3 years of supervised release

Special Assessment: $100.00

AO 257 (Rev. 5/2003)

PER 18 U.S.C 3170

Case 2:11-cr-00332-MCE *SEALED* Document 2 Filed 08/04/11 Page 1 of 1

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** [ ] COMPLAINT  [X] INFORMATION  [ ] INDICTMENT
[ ] SUPERSEDING INFORMATION  [ ] SUPERSEDING
SEALED [X]   Court No. _____

**Name of District Court, and/or Judge Magistrate Location (city)**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

**OFFENSE CHARGED**
Computer Fraud

SEALED

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**DEFENDANT -- U.S. vs.**
Hector Xavier Monsegur

**Address:** 90 Avenue D, Apt #6F
New York, NY 10009

**Birth Date:** 10/13/1983   [X] Male  [ ] Female   [ ] Alien (if applicable)
(Optional unless a juvenile)

**Place of Offense:** Sacramento and New York

**USC Citations:**
18 U.S.C. § 1030

---

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
FBI

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y   [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

**Name and Office of Person Furnishing information on THIS FORM:** SA Brian Scott and SA Darren Holtz
[ ] U.S. Att'y   [ ] Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** Matthew D. Segal

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [X] Is on Bail or Release from (show District)
S.D.N.Y.

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes" give date _____

**DATE OF ARREST** ▶ Mo. __ Day __ Year __

Or ... if arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Mo. __ Day __ Year __

[ ] This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**
No Process Necessary. Case expected to be Rule 20 transferred to SDNY arraignment.

```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ MATTHEW D. SEGAL
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2708
```

**FILED**

AUG 04 2011



# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:11-cr-0332 MCE |
| --- | --- |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| HECTOR XAVIER MONSEGUR, | ) **UNDER SEAL** |
| a/k/a "Sabu," | ) |
| a/k/a "Xavier DeLeon," | ) |
| a/k/a "Leon, | ) |
| Defendant. | ) |

The Court hereby orders that in this case, the Information, Petition to Seal, and this Order shall be sealed until further order of a court having jurisdiction over this case.

Notwithstanding this Order, the sealed-stamped copies of the filings in this case may be distributed among various offices of the U.S. Department of Justice and to the Defendant, his attorney, and his attorney's staff.

DATED: Aug 4, 2011

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge

**FILED**

AUG 0 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:11-cr-0332 MCE |
| --- | --- | --- |
|         Plaintiff, | ) | **UNDER SEAL** |
|     v. | ) | |
| SEALED, | ) | |
|         Defendant. | ) | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of a court with jurisdiction over this case.

DATED: Aug 4, 2011

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```



**FILED**

JAN 16 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:11-cr-0332 MCE |
| Plaintiff, | PETITION TO SEAL INFORMATION, ORDER, AND SEALING ORDER |
| v. | |
| HECTOR XAVIER MONSEGUR, a/k/a "Sabu," a/k/a "Xavier DeLeon," a/k/a "Leon, | **UNDER SEAL** |
| Defendant. | |

To the Honorable KENDALL J. NEWMAN, United States Magistrate Judge:

Comes Now MATTHEW D. SEGAL, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have signed the attached Information for filing with the Clerk of this Court charging the above-named Defendant with a felony violation of Title 18, United States Code, Section 1030 (Computer Fraud).

///

2.   The Information is filed pursuant to arrangements among the U.S. Attorney's Office for this District, the U.S. Attorney's Office for the Southern District of New York (S.D.N.Y.), other U.S. Attorney's Offices, the Computer Hacking and Intellectual Property Section, and the attorney for the Defendant. I anticipate that this Information will be transferred under Fed. R. Crim. P. 20 to the S.D.N.Y., where the Defendant will waive his right to grand jury indictment.

3.   Based on my discussions with Assistant United States Attorneys in the S.D.N.Y., I understand that the Defendant is now cooperating with law enforcement and that if he is identified in public documents, it could jeopardize the Defendant and at least one ongoing investigation.

4.   Also based on my discussions with the S.D.N.Y., sometime after the Defendant has pleaded guilty and finished his covert, ongoing cooperation with law enforcement, the Government will move to unseal this Information (and others) against the Defendant.

THEREFORE, your petitioner prays that the aforesaid Information, this Petition, Order, and Sealing Order be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until further order of the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 4, 2011        By: /s/ Matthew S.
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

**11 CRIM    693**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 I STREET, ROOM 4-200
SACRAMENTO, CALIFORNIA 95814

RECEIVED

AUG 9 2011

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

August 8, 2011

Clerk, US District Court
Southern District of New York

Re:   USA v. Hector Xavier Monsegur
      CR. S-2:11-cr-0332 MCE

Dear Sir/Madam:

     Pursuant to the Consent to Transfer Case for Plea and Sentence under Rule 20 having been filed in this district, the following documents are herewith forwarded for your records:

     X     CERTIFIED COPY OF INDICTMENT/INFORMATION

     X     CERTIFIED COPY OF THE CONSENT TO TRANSFER

     X     CERTIFIED COPY OF THE DOCKET SHEET

     X     OTHER: Completed SEALED case file

     Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

     Very truly yours,

Victoria C. Minor, Clerk of Court

By: _____
     Jeremy Donati, Operations Supervisor


Date Received: _____

Deputy Clerk: _____

New Case Number: _____

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CRIMINAL DOCKET FOR CASE #: 2:11-cr-00332-MCE-1 *SEALED*
### Internal Use Only

**11CRIM 693**

Case title: USA v. Monsegur

Date Filed: 08/04/2011
Date Terminated: 08/08/2011

Assigned to: Judge Morrison C. England, Jr

### Defendant (1)

**Hector Xavier Monsegur**
TERMINATED: 08/08/2011
also known as
Sabu
TERMINATED: 08/08/2011
also known as
Xavier DeLeon
TERMINATED: 08/08/2011
also known as
Leon
TERMINATED: 08/08/2011

**SEALED**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated _____

### Pending Counts
None

### Highest Offense Level (Opening)
None

### Terminated Counts
COMPUTER FRAUD
(1)

### Highest Offense Level (Terminated)
Felony

### Complaints
None

**Disposition**

**Disposition**
Rule 20 Transfer to the Southern District of New York

**Disposition**

### Plaintiff
USA

represented by **Matthew Dean Segal**
U.S. Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814

Fax: (916) 554-2900
Email: Matthew.Segal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2011 | 1 | INFORMATION (Felony) as to Hector Xavier Monsegur (1) count 1. (Donati, J) (Entered: 08/04/2011) |
| 08/04/2011 | 2 | AO257 (Sealed) as to Hector Xavier Monsegur (Donati, J) (Entered: 08/04/2011) |
| 08/04/2011 | 3 | MOTION to Seal Case as to Hector Xavier Monsegur by USA. (Donati, J) (Entered: 08/04/2011) |
| 08/04/2011 | 4 | ORDER signed by Magistrate Judge Kendall J. Newman on 8/4/11 GRANTING 3 Motion Seal Case as to Hector Xavier Monsegur (1). (Donati, J) (Entered: 08/04/2011) |
| 08/04/2011 | 5 | SEALING ORDER as to Hector Xavier Monsegur signed by Magistrate Judge Kendall J. Newman on 8/4/11. (Donati, J) (Entered: 08/04/2011) |
| 08/08/2011 | 6 | CONSENT to TRANSFER JURISDICTION Rule 20 to Southern District of New York. Counts closed as to Hector Xavier Monsegur (1) Count 1. (Donati, J) (Entered: 08/08/2011) |